IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 11-455 |
| DAVID E. BALLARD | : | |

**O R D E R**

**AND NOW**, this 5th day of January, 2012, upon consideration of Defendant's Motion to Suppress Search Warrants (ECF No. 24), and after a hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:


*/s/ R. Barclay Surrick*
**U.S. District Judge**